IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANQUIN ST. JUNIOUS,

                Petitioner,                ORDER

    v.

                                            20-cv-692-wmc

BRIAN HAYES, Administrator,
Division of Hearings and Appeals,

                Respondent.

       Anquin St. Junious, currently confined at the Columbia Correctional Institution, has filed a document styled as a "writ of certiorari," in which he seeks release from confinement on the ground that he was deprived of his constitutional rights at a hearing at which his extended release was revoked. The court will construe petitioner's pleading as an application for a writ of habeas corpus under 28 U.S.C. § 2254, which is the proper vehicle for such challenges. *Williams v. Wisconsin*, 336 F.3d 576, 579-80 (7th Cir. 2003) ("Attacks on the fact or duration of the confinement come under § 2254[.]").

       Before the court screens the petition, however, St. Junious must do two things: (1) submit the $5 filing fee *or* an application for leave to proceed *in forma pauperis*; and (2) re-submit his petition on the court's standard form, naming his current custodian (the warden) as the respondent. *See* Rule 2(a) of the Rules Governing Section 2254 Cases (if petitioner is in custody pursuant to a state court judgment, petition must name as respondent the state officer who has custody). Although the court can make out the broad outlines of St. Junious's claims from the document he has submitted, he needs to provide more information before the court can screen the petition.

ORDER

IT IS ORDERED that, not later than September 9, 2020, petitioner must:

(1) Pay the $5 filing fee or submit an application for leave to proceed *in forma pauperis*; and

(2) Resubmit his petition on the court's standard § 2254 form, a copy of which is enclosed with this order.

Entered this 10th day of August, 2020.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge