IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANQUIN ST. JUNIOUS,

    Petitioner,

   v.                                           Case No.  20-cv-692-wmc

BRIAN HAYES,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing AnQuin St. Junious's petition for a writ of habeas corpus with prejudice.

| | |
|---|---|
| /s/ | 2/4/2021 |
| Peter Oppeneer, Clerk of Court | Date |